FILED

2017 Oct-10  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **ANITA BERRY,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NUMBER:** |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| **RETRIEVAL-MASTERS** ) | |
| **CREDITORS BUREAU, INC, d/b/a** ) | |
| **AMERICAN MEDICAL** ) | |
| **COLLECTION AGENCY,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

---

## COMPLAINT

---

This is an action brought by the Plaintiff, Anita Berry, for statutory damages, attorney's fees, and costs for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

This Court has jurisdiction under 15 U.S.C. §1692k (d), and 28 U.S.C. §1331, §1332, and §1367. Venue is proper in that the acts made the basis of this suit occurred in this district, Defendant transacted business in this district, and the Plaintiff resides in this district.

## PARTIES

1.  The Plaintiff, Anita Berry, is a resident and citizen of the State of Alabama, DeKalb County, and is over the age of twenty-one (21) years.

2.  The Defendant, Retrieval-Masters Credit Bureau, Inc. d/b/a American Medical Collection Agency (hereinafter referred to as "Defendant" or "Retrieval-Masters"), is, upon information and belief, a corporation organized under the laws of the State of New York and which was, in all respects and at all times

relevant herein, doing business in the State of Alabama. The Defendant is engaged in the business of collecting consumer debts from consumers residing in DeKalb County, Alabama and is a "debt collector," as that term is defined by the FDCPA 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

1. By correspondence dated August 21, 2017, Defendant arranged for the preparation and transmittal of a letter to Plaintiff demanding payment of a debt allegedly due "Laboratory Corporation of America" which is, upon information and belief, a company that performs medical laboratory tests. The Defendant was attempting to collect a debt in the amount of $90.67. A true and correct copy of said correspondence is attached hereto and incorporated herein as **"Exhibit A."**

2. The August 21, 2017 correspondence is the first correspondence received by Plaintiff from Defendant referencing the alleged debt. Despite this being the initial contact with the Plaintiff, the letter states "Your continued lack of response is disturbing to us because your account is **SERIOUSLY DELINQUENT** and we must advise you as follows:." The letter further states: "There may be some explanation for your silence, but until we hear from you, we can only report to our client that you have ignored our notices."

3. 15 U.S.C. § 1692g states that a consumer can, within thirty days after receipt of the debt collector's initial notice dispute the validity of the debt. This language is required on the initial communication with the consumer.

4. Exhibit A was the first notice received from Defendant and did not contain the language required by § 1692g.

5. The alleged and disputed debt of Plaintiff claimed in "Exhibit A" was incurred for personal, family, or household services, and was a "debt" as defined by the FDCPA at 15 U.S.C. §1692a(5).

## COUNT ONE
## FAIR DEBT COLLECTION PRACTICES ACT

7. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

8. The Defendant has engaged in collection activities and practices in violation of the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA") with respect to the Plaintiff's alleged consumer debt. These violations include,

### <u>BUT ARE NOT LIMITED TO, THE FOLLOWING:</u>

A.   The Defendant violated §1692g by failing include disclosures required to be sent in the initial communication with a consumer.

B.   The Defendant violated §1692e by using a false representation and/or deceptive means to collect or attempt to collect a debt.

### AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment against the Defendant as follows:

A.   Declaratory judgment that the Defendant's conduct violated the FDCPA;

B.   Statutory damages of $1,000 from the Defendant for the violations of the FDCPA (15 U.S.C.§1692k);

C.   Costs and reasonable attorney's fees from the Defendant pursuant to 15 U.S.C.§1692k;

D.   Such other and further relief that this Court deems necessary, just and proper.

### PLAINTIFF DEMAND A JURY TRIAL.

/s/ *W. Whitney Seals*
Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**

Cochrun & Seals, L.L.C.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@cochrunseals.com

**PLAINTIFF'S ADDRESS:**

**ANITA BERRY**
1381 Co. Rd. 249
P.O. Box 680604
Fort Payne, AL 35968

**PLAINTIFF REQUESTS THAT DEFENDANT BE SERVED A COPY OF THIS COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

**RETREIVAL-MASTERS CREDITORS BUREAU, INC.**
**d/b/a AMERICAN MEDICAL COLLECTION AGENCY**
c/o Chief Executive Officer
Russell Fuchs
4 Westchester Plaza, Ste. 110
Elmsford, NY 10523