FILED
2017 Dec-05 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANITA BERRY,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **CIVIL ACTION NUMBER:** |
| ) | **4:17-cv-01721-JEO** |
| ) | |
| **RETRIEVAL-MASTERS** ) | |
| **CREDITORS BUREAU, INC.,** ) | |
| **d/b/a AMERICAN MEDICAL** ) | |
| **COLLECTION AGENCY,** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AGREEMENT

**COMES NOW** the Plaintiff in the above-styled cause, by and through her attorney of record, and hereby states that the parties in this matter have reached an agreement and request that the Court allow thirty (30) days a Stipulation of Dismissal to be filed.

/s/W. Whitney Seals
Whitney Seals
Attorney for Plaintiff

OF COUNSEL:
Cochrun & Seals, LLC
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5 December 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

Laura Catherine Nettles
LLOYD, GRAY, WHITEHEAD & MONROE, PC
880 Montclair Road, Suite 100
Birmingham, AL 35213
205-967-8822
205-967-2830 (fax)
lnettles@lgwmlaw.com

    and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

    None.

                                              /s/W. Whitney Seals
                                              OF COUNSEL